UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22mj9 |
| ) | |
| JERADA HENDERSON ) | |

### EX PARTE M O T I O N TO SEAL

Comes now the United States of America, by counsel, and moves this Court for an order sealing the approved Material Witness Warrant pertaining to Mr. Jerry David INGLE, as well as the affidavit in support of the government's request. In support of this request, the government avers:

1. Mr. Ingle is a material witness in the above captioned case scheduled for trial in February, 2022.

2. Mr. Ingle is believed to have absconded from the local area and is unlikely to return of his own volition to testify as he is required to do so.

3. The public release of this Material Witness Warrant may impact law enforcement's ability to locate Mr. Ingle and to execute the arrest warrant.

For these reasons, the government moves this Court for an order sealing all documents related to this warrant.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Daniel J. Murphy
NC Bar No.: 35467
Assistant United States Attorney
U.S. Attorney's Office
180 West Main Street, Suite B19
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
USAVAW.ECFAbingdon@usdoj.gov